MAYOR, ETC., OF THE CITY OF NEW YORK, Respondent, *v.* SMITH, Appellant.

*(Common Pleas of New York City and County, General Term.   June 26, 1890.)*

Appeal from third district court.

Argued before ALLEN, P. J., and BOOKSTAVER, J.

*Kohn & Ruck,* for appellant.   *L. Steckler,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

NEW YORK JUVENILE ASYLUM, Respondent, *v.* CANE, Appellant.

*(Common Pleas of New York City and County, General Term.   June 26, 1890.)*

Appeal from eighth district court.

Argued before ALLEN, P. J., and BOOKSTAVER, J.

*L. Mathot,* for appellant.   *Dixon, Williams & Ashley,* for respondent.

No opinion.   Order affirmed, with costs.

---

O'HAIR, Respondent, *v.* WILSON, Appellant.

*(Common Pleas of New York City and County, General Term.   June 26, 1890.)*

Appeal from tenth district court.

Argued before ALLEN, P. J., and BOOKSTAVER, J.

*W. H. Sage,* for appellant.   *C. A. Burgess,* for respondent.

No opinion.   Judgment reversed, with costs.

---

PEOPLE *v.* OTT *et al.*

*(Common Pleas of New York City and County, General Term.   June 26, 1890.)*

Argued before ALLEN and BOOKSTAVER, JJ.

*L. Steckler,* for the people.

No opinion.   Motion to vacate judgment entered on forfeited recognizauce granted.

---

MACFARLANE, Respondent, *v.* WALTER, Appellant.

*(Superior Court of New York City, General Term.   May 24, 1890.)*

Appeal from order directing judgment for plaintiff on demurrer as frivolous.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*W. T. Birdsall,* for appellant.   *F. E. Anderson,* for respondent.

PER CURIAM.   Order affirmed, with $10 costs.

---

MACFARLANE, Respondent, *v.* WALTER, Appellant.

*(Superior Court of New York City, General Term.   May 24, 1890.)*

Appeal from order denying motion to vacate attachment.

Argued before SEDGWICK, C. J., and O'GORMAN, J.

*W. T. Birdsall,* for appellant.   *F. E. Anderson,* for respondent.

PER CURIAM.   Order affirmed, with $10 costs.

---

BARNES, Respondent, *v.* KEENE, Appellant.

*(Superior Court of New York City, General Term.   June 27, 1890.)*

Appeal from jury term.

Action by Lucien Barnes against James R. Keene.